UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AL SHEHAB, ET AL., :<br><br>PLAINTIFFS, :<br><br>V.  :<br><br>NEW JERSEY TRANSIT CORP., et :<br>al.,<br><br>Defendants. : | Civ. No. 15-279 (KM) (JBC)<br><br><br><br>ORDER |

**KEVIN MCNULTY, U.S.D.J.:**

This matter comes before the court on a motion to remand (Dkt. No. 3) by Plaintiffs Sayeed Al Shehab and Fatima Yasmeen. No opposition to the motion was filed. United States Magistrate Judge James B. Clark issued a Report and Recommendation (Dkt. No. 7), recommending that I grant the motion to remand. No objections to the Report and Recommendation were filed. I have reviewed the Plaintiff's submission, Judge Clark's Report and Recommendation, as well as the entire case record and decided the matter without oral argument pursuant to FED. R. CIV. P. 78.

The only basis for federal jurisdiction over this case was a claim in the original complaint alleging violations of a federal law, 42 U.S.C. § 1983. However, the Plaintiffs subsequently filed an amended complaint (Dkt. No. 2) that eliminated the federal claim.

It appearing that there is no longer any basis for federal jurisdiction, and for the other reasons stated in Judge Clark's Report and Recommendation

**IT IS** this 16th day of July 2015 **ORDERED** that the Report and Recommendation (Dkt. No. 7) is **ADOPTED**. The Plaintiffs' motion (Dkt. No. 3) to remand the matter to the Superior Court of New Jersey is **GRANTED**. The Clerk is directed to please **TERMINATE** the federal case.

*/s/ Kevin McNulty*
**KEVIN MCNULTY**
**United States District Judge**